UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08cr997-LAB / 08mj880 |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| Saul VARGAS-PEREZ, ET AL | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Karol ALVARADO-VALENCIA

DATED: 4/3/08

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
Leo S. Papas

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk