

FILED
APR 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAUL VARGAS-PEREZ (1),<br>LEOBARDO LORA-CEDANO (2),<br><br>        Defendants. | Criminal Case No. 08CR997-LAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about March 18, 2008, within the Southern District of California, defendants SAUL VARGAS-PEREZ and LEOBARDO LORA-CEDANO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Margarito Cruz-Lozano, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 4/3/08       .

KAREN P. HEWITT
United States Attorney

fr J. P u
  CAROLINE P. HAN
  Assistant U.S. Attorney

CPH:lg:San Diego
3/26/08