| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | DAVID L. KATZ |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 141295 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5226/Fax: (619) 235-2757 |
| | David.Katz@usdoj.gov |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0997-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| SAUL VARGAS-PEREZ et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u>

6  None

7  Please call me if you have any questions about this notice.

8  DATED: July 23, 2008

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/David L. Katz
    _____
    DAVID L. KATZ
    Assistant United States Attorney
    Attorneys for Plaintiff
    United States of America

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 3 | UNITED STATES OF AMERICA, ) | Case No. 08cr0997-LAB |
| 4 | Plaintiff, ) | |
| | v. ) | |
| 5 | ) | CERTIFICATE OF SERVICE |
| | SAUL VARGAS-PEREZ et al., ) | |
| 6 | ) | |
| | Defendant. ) | |
| 7 | ) | |

8   IT IS HEREBY CERTIFIED THAT:

9   I, David L. Katz, am a citizen of the United States and am at least eighteen years of age. My

10  business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

11  I am not a party to the above-entitled action. I have caused service of **Notice of Appearance**

12  on the following parties by electronically filing the foregoing with the Clerk of the District Court

13  using its ECF System, which electronically notifies them.

14  **1. Thomas Sims**

15  **2. Ezekiel Cortez**

16  I hereby certify that I have caused to be mailed the foregoing, by the United States Postal

17  Service, to the following non-ECF participants on this case:

18  **1. None**

19  the last known address, at which place there is delivery service of mail from the United States

20  Postal Service.

21  I declare under penalty of perjury that the foregoing is true and correct.

22  Executed on July 23, 2008

23

24                                                          s/ David L. Katz
                                                        DAVID L. KATZ

25

26

27

28  Notice of Appearance
United States v. Vargas-Perez et al.       3       08cr0997-LAB